# Court of Appeals
# of the State of Georgia

ATLANTA,  July 29, 2013

*The Court of Appeals hereby passes the following order:*

**A13A1627.  ESTATE OF DONOVAN D. JONES, SR. v. UBS FINANCIAL SERVICES, INC.**

This case having been docketed in this Court on April 12, 2013, the brief and enumeration of errors of Appellant were due on May 3, 2013.  OCGA § 5-6-40; Rules 22 (a) and 23 (a).  No brief and enumeration of errors having been filed by July 18, 2013, this appeal is hereby dismissed.  Rule 23 (a).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 07/29/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*